IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACQUEL LEWIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DMH INVESTMENTS LLC AND | : | |
| CITY OF PHILADELPHIA OFFICE | : | |
| OF HOMELESS SERVICES | : | NO. 22-3207 |

## ORDER

**AND NOW**, this 22nd day of February 2023, upon consideration of the Motion to Dismiss Plaintiff's Complaint filed by the City of Philadelphia (Docket No. 4), to which Plaintiff has failed to file a response, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED IN PART** and **REMANDED IN PART** as follows.

1. Plaintiff's claims against the City of Philadelphia are **DISMISSED WITH PREJUDICE**.

2. Plaintiff's claims against DMH Investments LLC are **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. The Clerk shall close this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.